# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:02CR0015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENTS** |
| v. | ) | |
| | ) | |
| AUBREY LYNN SLAPE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion of the Defendant for an order to seal certain documents (Filing No. 60).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED:

1.      The Motion of the Defendant for an order to seal certain documents (Filing No. 60) is granted; and

2.      The documents entitled, *"Defendant Slape's Motion to Modify Supervised Release Condition"* and *"Brief in Support of Defendant Slape's Motion to Modify Supervised Release Condition"* shall be filed under seal.

BY THE COURT:

s/ Laurie Smith Camp
United States Judge